IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

FILED
APR 21 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Case No. 15-mj-107-FHM
)
DERRICK BROWN, )
)
Defendant. )

## MOTION FOR DETENTION

COMES NOW the United States of America, pursuant to 18 U.S.C. § 3142(e), and hereby requests that the Court detain the defendant pending trial.

Respectfully submitted,

DANNY C. WILLIAMS, SR.
UNITED STATES ATTORNEY

_____
JEFFREY A. GALLANT, OBA No. 18509
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, Oklahoma 74119
(918) 382-2700