**FILED**
APR 2 8 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Oklahoma

SEALED
unsealed 4/21/15 SL

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 15-MJ-107-FHM |
| DERICK DEAN BROWN ) | |
| Defendant ) | |

RECEIVED
APR 21 2015
BY: ..................

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __DERICK DEAN BROWN__,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2422(b) - Coercion and Enticement
18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornography

**FILED**
APR 2 8 2015
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Date: 4-20-15

_Frank H McCarthy_
Issuing officer's signature

City and state: Tulsa, Oklahoma

U.S. MAGISTRATE JUDGE
Printed name and title

### Return

This warrant was received on (date) 4/20/15, and the person was arrested on (date) 4/21/15,
at (city and state) 11106 E 122 CT N, Owasso, OK

Date: 4/21/15

_signature_
Arresting officer's signature

Cecchini, Joseph SA
Printed name and title